BWW#: VA-301362

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE: | Case No. 16-60727-RBC |
| JANET C.PALMATEER | |
| EDWARD A. PALMATEER | Chapter 13 |
| Debtors | |

WELLS FARGO BANK, N.A.
　　　Movant
v.
JANET C.PALMATEER
EDWARD A. PALMATEER
　　　Debtors/Respondents
and
HERBERT L. BESKIN
　　　Trustee/Respondent

## NOTICE OF CURE

TO THE CLERK:

　　　This notice serves to advise this court that the Debtors, Janet C. Palmateer and Edward A. Palmateer, cured the default listed in the Notice of Default filed on behalf of the Movant, Wells Fargo Bank, N.A. ("Movant"), on September 12, 2017.

Dated: September 19, 2017

　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　BWW Law Group, LLC

　　　　　　　　　　　　　　　　　　 /s/   Andrew Todd Rich
　　　　　　　　　　　　　　　　　　Andrew Todd Rich VSB# 74296
　　　　　　　　　　　　　　　　　　BWW Law Group, LLC
　　　　　　　　　　　　　　　　　　8100 Three Chopt Road, Suite 240
　　　　　　　　　　　　　　　　　　Richmond, VA 23229
　　　　　　　　　　　　　　　　　　(804) 282-0463 (phone)
　　　　　　　　　　　　　　　　　　(804) 282-0541 (facsimile)
　　　　　　　　　　　　　　　　　　bankruptcy@bww-law.com
　　　　　　　　　　　　　　　　　　*Counsel for the Movant*

---

Andrew Todd Rich, VSB# 74296
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (Phone)
*Counsel for the Movant*

# CERTIFICATE OF SERVICE

      I certify that on this 19th day of September, 2017, the following person(s) were or will be served with a copy of the foregoing Notice of Cure electronically via the CM/ECF system or by first class mail, postage prepaid:

Herbert L. Beskin, Trustee
P.O. Box 2103
Charlottesville, VA 22902

Shannon T. Morgan
307 West Rio Road
Charlottesville, VA 22901

Janet C. Palmateer
443 Grace Johnson Road
Kents Store, VA 23084

Edward A. Palmateer
443 Grace Johnson Road
Kents Store, VA 23084-0000

                                              */s/ Andrew Todd Rich*
                                              Andrew Todd Rich